MP

SEALED unsealed on 4/16/20

FILED
JAN 15 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 20MJ0165 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF |
| Arturo TERAN Jr. | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- |
| Defendant, | Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about January 14, 2020 within the Southern District of California, defendant, Arturo TERAN Jr., with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien(s), namely, Yan PAN and Zheng Yun LI had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien(s), and upon arrival did not bring and present said alien(s) immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Steven S. Serrano, CBP Enforcement Officer
U.S. Customs & Border Protection

Sworn to before me and subscribed in my presence, this 15th Day of January, 2020

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Yan PAN and Zheng Yun LI are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimonies are material, that it is impractical to secure their attendance at the trial by subpoena and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On January 14, 2020, at approximately 9:14 P.M., Arturo TERAN Jr. (Defendant), a United States citizen, applied for admission into the United States from Tijuana, Mexico via the Otay Mesa, California Port of Entry as the driver of a 2005 Nissan Pathfinder bearing California license plates. Defendant presented himself for inspection before a United States Customs and Border Protection (CBP) Officer by presenting a United States passport (XXXXX7646) bearing his name and photograph. Defendant stated that he was traveling to his mother's home on Plaza Road in National City, California. Defendant stated he has owned the vehicle for two months and at the time, he had nothing to declare from Mexico. The CBP Officer asked Defendant a second time if he had anything to declare, which he stated "nothing". The CBP Officer noticed that Defendant's behavior was odd, as he was very talkative and displaying nervousness. The CBP Officer queried Defendant's crossing history and noticed that Defendant had not crossed into the United States in the same vehicle in the past. The CBP Officer referred Defendant to secondary for further inspection.

At approximately 9:20 p.m., the CBP Officer assigned to vehicle lane number 4 heard a commotion coming from the X-Ray station area located in the secondary inspection area. The CBP Officer then viewed the Defendant running southbound thru vehicle lane 4 into Mexico, on the opposite side of the vehicle that he was inspecting at the time. The CBP Officer immediately attempted to apprehend the Defendant, but was unable to catch up to him before he made it passed the international boundary line into Mexico. CBP Officers began to conduct an inspection of the vehicle and discovered a non-factory compartment located behind the third row seat and cargo area of the vehicle. A CBP Officer pulled away the carpet covering the non-factory compartment and discovered two

persons hiding within. Both persons, later identified as Yan PAN (MW1) and Zheng Yun LI (MW2), were carefully assisted out of the non-factory compartment due to the sharp cut edges surrounding the area. They were determined to be citizens and nationals of China without lawful documents to enter or reside in the United States and are now being held as Material Witnesses.

During a video-recorded interview, the Material Witnesses stated they are Chinese citizens without legal documents to enter the United States. MW1 said that she had arranged to be smuggled into the United States herself and that she was to pay a unknown fee to be smuggled. MW2 stated that he was going to pay 150,000 Chinese Yuan to be smuggled into the United States and that the smuggling attempt was arranged by his friend. Both Material Witnesses were traveling to Los Angeles, California.